# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

RS SERVICES OF NORTH AMERICA, LLC
f/k/a Universal Solutions of North America, LLC,
and UNIVERSAL SOLUTIONS OF WEST FLORIDA, LLC                    **PLAINTIFFS**

V.                                                  CIVIL ACTION NO. 3:06-cv-00307-TSL-JCS

ST. PAUL FIRE & MARINE INSURANCE
COMPANY, et al.                                                 **DEFENDANTS**

---

**FINAL AGREED JUDGMENT OF DISMISSAL WITH PREJUDICE**

---

THIS DAY this cause came on to be heard on the joint motion of the parties, *Ore Tenus*, to dismiss this action with prejudice and the parties having announced that these matters have been fully compromised and settled and that there remain no issues to be litigated by or between the parties, nor adjudicated or determined by the Court, and all parties have consented to the entry of this Agreed Judgment of Dismissal and agree that this action should be dismissed with prejudice, with each party to bear its own costs.

The Court being further advised in the premises finds that the Motion *Ore Tenus* to dismiss this action with prejudice is well-taken and should be sustained.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDGED that this action be, and the same hereby is, dismissed with prejudice with each party to bear its own costs.

SO ORDERED AND ADJUDGED, THIS the 8th day of January, 2008.

/s/Tom S. Lee
TOM S. LEE
UNITED STATES DISTRICT JUDGE

AGREED AND APPROVED BY:

| | |
|---|---|
| /s/ David C. Dunbar | /s/ J. Wade Sweat |
| David C. Dunbar (MSB #6227) | J. Wade Sweat (MSB #9933) |
| W. Joseph Wiggins (MSB #101484) | Marisa C. Atkinson (MSB #101265) |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant St. Paul Fire and Marine Insurance Company* |